

# NUMBER 13-22-00304-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN THE INTEREST OF M.R. AND X.R., CHILDREN

**On appeal from the County Court at Law
of Aransas County, Texas.**

# ORDER

**Before Justices Longoria, Hinojosa, and Silva
Order Per Curiam**

This is an appeal of a final order terminating parental rights. The notice of appeal was filed on July 5, 2022, and appellee's brief was due on October 31, 2022. Appellee has filed a motion for extension of time, providing the reason for its request therein. Appellee requests until November 15, 2022, to file the brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The

intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Accordingly, it is the policy of this Court to limit extensions of time in such cases absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

We GRANT IN PART and DENY IN PART appellee's motion for extension of time and ORDER appellee's brief to be filed on or before Monday, November 14, 2022. No further extensions of time will be granted absent truly exigent and extraordinary circumstances.

PER CURIAM

Delivered and filed on the
2nd day of November, 2022.